# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 20, 2007

133176

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

ROBERT LEROY HOUGHTALING,
        Defendant-Appellant.

SC: 133176
COA: 274040
Iosco CC: 02-004331-FH;
             02-004332-FH

_____/

On order of the Court, the application for leave to appeal the December 29, 2006 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

KELLY, J., would remand this case to the trial court for preparation of a corrected presentence report that omits the information that the defendant successfully challenged, as required by MCR 6.425(E)(2).



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 20, 2007

_____
Clerk

p0613